IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KYLE WICKS,

     Petitioner,                         ORDER

    v.

                                   Case No.  15-cv-542-wmc

JUDY P. SMITH,

     Respondent.

The court having provided plaintiff until October 2, 2017, to move to re-open this case and having heard nothing, IT IS HEREBY ORDERED that the above case is DISMISSED. The clerk of court is directed to enter judgment accordingly.

Entered this 19th day of December, 2017.

                         BY THE COURT:

                         /s/

                         _____

                         WILLIAM M. CONLEY
                         District Judge