IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KYLE WICKS,

    Petitioner,

v.

JUDY P. SMITH,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-542-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Kyle Wicks's petition for writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 12/19/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |